US Court of Appeals - Eighth Circuit
NOA Supplement

**Caption:**  Enco Systems, Inc. v. DaVincia, LLC

**USCA#:**

**Case Number:**  1:19-CV-00039-SNLJ

**Plaintiff:**  ENCO SYSTEMS, INC.

**Defendant:**  DAVINCIA, LLC

**Attorney:**
Bradley L. Smith (MI P48138)
133 W. Michigan Ave. Suite 10
Jackson, Michigan 49201

**Attorney:**
J. Michael Huget #P39150MI - HONIGMAN LLP
315 East Eisenhower Parkway, Suite 100
Ann Arbor, MI 48108

Dennis J. Abdelnour, #6292242IL - HONIGMAN LLP
155 North Wacker Drive, Suite 3100
Chicago, IL 60606

**Court Reporter(s):**  N/A

Please return files and documents to:
Clerk for Eastern District of Missouri

Person to contact about the appeal:
Christy Hency at 573-331-8803

| Length of trial | Fee: | IFP: | Pending IFP Motion |
|---|---|---|---|
| N/A | | None | No |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| No | No | No | No |

**Criminal Cases/Prisoner Pro Se  Cases Only:**

Is defendant incarcerated?:  No     Where:

**Please list all other defendants in this case if there were multiple defendants:**